UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVEILO DUKE,<br><br>                     Petitioner,<br><br>            v.<br><br>JOSIE GASTELO,<br><br>                     Respondents. | Case No. 2:19-04712 AB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus [Dkt. No. 1], all the records and files herein, along with the Report and Recommendation dated June 24, 2020 of the assigned United States Magistrate Judge [Dkt. No. 32], and Petitioner's Objections to Report and Recommendation of United States Magistrate Judge [Dkt. No. 33].  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1.      The United States Magistrate Judge's Report and Recommendation [Dkt.

No. 32] is accepted;

2. The Petition is dismissed without prejudice; and

3. Judgment is to be entered accordingly.

DATED:  July 28, 2020

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge