JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVEILO DUKE,<br><br>                     Petitioner,<br><br>          v.<br><br>JOSIE GASTELO,<br><br>                     Respondent. | Case No. 2:19-04712 AB (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  July 28, 2020

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge