UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-04712 AB (ADS)                          Date:   January 22, 2026

Title:  *Jonathan Daveilo Duke v. Josie Gastelo, Warden*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED**

The Court previously granted the Parties' Joint Stipulation to stay this action pending the Petitioner's state court proceedings under California Penal Code section 1172.6.  (Dkt. No. 49.)  On January 20, 2026, Petitioner filed a status report, stating his state court proceedings under California Penal Code section 1172.6 "were concluded" and he "waived his appellate rights."  (Dkt. No. 64.)  The Court **ORDERS** the Parties to show cause in writing why the stay should not be lifted **by no later than February 5, 2026**.  The Parties must provide the Court with (1) the order which "concluded" Petitioner's state court proceedings, (2) a status report of what, if any, state court proceedings remain pending, and (3) to the extent a continued stay is sought, the basis to continue the stay.

         **IT IS SO ORDERED.**

Initials of Clerk kh